**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6344**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VANCE MARCEL GIBSON, a/k/a Reginald Hilton Belton,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. James A. Beaty, Jr., Chief District Judge. (6:93-cr-00211-WLO-1)

———————

Submitted:  September 30, 2010          Decided:  October 8, 2010

———————

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Vance Marcel Gibson, Appellant Pro Se.  Sandra Jane Hairston, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vance Marcel Gibson appeals the district court's orders denying his motion for a reduction of sentence filed, pursuant to 18 U.S.C. § 3582(c)(2) (2006), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders for the reasons stated there. See United States v. Gibson, No. 6:93-cr-00211-WLO-1 (M.D.N.C. Jan. 22 & May 11, 2010). Further, we deny Gibson's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED